FILED
June 18, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
             DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

M. L. Warren TTEE of
THE SOVO TRUST FOUNDATION

**Plaintiff(s)**

CASE NUMBER: 6:24-CV-00325

DAVID LITTLEWOOD CHAIRMAN of
THE FIRST NATIONAL BANK OF MCGREGOR

**Defendant(s)**

## CIVIL COMPLAINT

1. **M. L. Warren TTEE of**
   **THE SOVO TRUST FOUNDATION**
   P.O. Box 122432
   Fort Worth, Texas 76121

2. **DAVID LITTLEWOOD CHAIRMAN of**
   **THE FIRST NATIONAL BANK of MCGREGOR**
   P.O. BOX 387 MCGREGOR, TEXAS 76657

3. **Jurisdictional Plea:** THE U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS has jurisdiction over this matter pursuant to the Counties that are served by **THE UNITED STATES DISTRICT COURT WACO DIVISION**: *"Bell, Bosque, Coryell, Falls, Freestone, Hamilton, Hill, Leon, Limestone, McLennan, Milam, Robertson and Somervell"*. Venue is proper in The U.S. District Federal Court because the defendant and property in question are situated in **McLennan, TEXAS**.

4. **Allegation:** 3218 Canaan Church Road Crawford, Texas is currently being advertised for sale as foreclosed and "bank owned" by **THE FIRST NATIONAL BANK OF MCGREGOR** on multiple listing platforms. Based upon an offer made by **THE SOVO TRUST FOUNDATION** an agreement was reached between both parties through a third party realtor and a digital contract was emailed to **THE SOVO TRUST FOUNDATION** confirming the offer made by **THE SOVO TRUST FOUNDATION** had been accepted and that an electronic signature was required to ratify the agreement and move forward. On APRIL 3, 2024 **THE SOVO TRUST FOUNDATION** sent Legal Tender in the amount of $1,800,000.00 to **THE FIRST NATIONAL BANK OF MCGREGOR**, certified mail to secure the real property transaction for the property located at 3218 Canaan Church Road Crawford, Texas, legally described as SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 Sq Ft Latitude 31.563199 Longitude -97.57428. On APRIL 5, 2024 it was received by **THE FIRST NATIONAL BANK OF MCGREGOR**, USPS TRACKING NUMBER 9589071052701313223800.

5. On APRIL 9, 2024 **DAVID LITTLEWOOD** called from his personal number of (254) 749-11517 at 6:09 pm est to confirm he received the note. **DAVID LITTLEWOOD** then claimed he needed to be able to *"verify the funds"* before proceeding with the real property transaction. This would be considered **BREACH OF CONTRACT** as **DAVID LITTLEWOOD** then began to make false claims that the note was a fraudulent note and that he would be turning it over to the authorities. Why didn't **DAVID LITTLEWOOD** follow through on this claim and file civil charges for fraud? *"The wrongful use of a threat to gain money or property from an individual or entity"* is called **EXTORTION** in **18 USC 873**. After making the claim that the note was fraudulent, **DAVID LITTLEWOOD** proceeded to convey that he had *no intention of returning the note* (grand theft & extortion) but would be

happy to proceed doing business if *"another note or form of payment"* he could verify (<u>theft by conversion & fraud for profit</u>) would be provided to **THE FIRST NATIONAL BANK OF MCGREGOR** to finalize the real property transaction. Why would the Chairman of **THE FIRST NATIONAL BANK OF MCGREGOR** offer to further proceed with the real property transaction if he believed the buyer was initially committing fraud to secure the transaction? That call from **DAVID LITTLEWOOD** was not made in a professional manner from a recorded bank line by the **CHAIRMAN** of the bank regarding official bank business.

6. UCC 3-603 addresses the tender of payment for negotiable instruments and specifies that "<u>*if a person obligated on a negotiable instrument such as a maker of a promissory note or a drawer of a check tenders payment to the holder of the instrument in the amount due, the obligation is discharged to the extent of the amount tendered*</u>". Tender of payment Discharges the obligation and the effects of refusal state that if the holder of the instrument refuses the payment, the obligation is reduced by the amount offered in the tender. **DAVID LITTLEWOOD** has accepted the original security note and refuses to return the note and confirm he has not illegally converted the note. Furthermore he has continued to personally text requesting that funds be sent in another form while extorting the original note issued by the maker and drafter of the note. Because banks are regulated under the provisions of 12 U.S.C 1431 and are to borrow and give security and interest thereon to the Consumer, it is a violation of commercial ethics and is furthermore unlawful for banks to OWN & regulate real property transactions and property deed transactions without committing mortgage fraud and securities fraud while misrepresenting themselves as the Creditor in the transaction.

7. A UCC commercial lien with the Secretary of State has been placed on the property located at **3218 Canaan Church Road Crawford, Texas and legally described as SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 Sq Ft Latitude 31.563199 Longitude -97.57428** to secure performance of contractual obligations from **THE FIRST NATIONAL BANK OF MCGREGOR**. Complaints have been duly filed with the **IRS**, the **SEC**, the **FTC** and the **Attorney General** Consumer complaints division to assist in resolving this matter. A **Quiet Title Claim** has also been duly recorded and filed with the **UNITED STATES DISTRICT COURT WACO DIVISION** and the McLennan County Clerk of Court Andy Harwell. Furthermore, effective APRIL 16, 2024, the property located at 3218 Canaan Church Road Crawford, Texas and legally described as SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 Sq Ft Latitude 31.563199 Longitude -97.57428 which has been abandoned by its previous owner, will be openly, continuously, exclusively and indefinitely inhabited and possessed by right of claim by **THE SOVO TRUST FOUNDATION** and its Trustees and Assignees. This adverse claim is for Administrative Enforcement under the provisions of the Consumer Credit Protection Act title 15 USC 1679(h) and is to enforce and impose Civil Liability under the provisions of title 15 USC 1679(g). The actions of **DAVID LITTLEWOOD** on behalf of **THE FIRST NATIONAL BANK OF MCGREGOR** against **THE SOVO TRUST FOUNDATION** constitutes **BREACH OF CONTRACT, GRAND THEFT, THEFT BY CONVERSION, EXTORTION, FRAUD FOR PROFIT & RESTRICTION OF TRADE** by limiting one's ability to enter into commercial transactions.

8. I make this sworn testimony & claim to the best of my first hand knowledge under the penalty of perjury before this Court.

**Relief:** THE SOVO TRUST FOUNDATION seeks a judicial determination with the U.S. **District Court Western District Waco Division** that **THE FIRST NATIONAL BANK OF MCGREGOR** have no right, title, estate, lien, or interest in the property adverse to Plaintiff and that Plaintiff's Quiet title to the property is valid and free of any such claims. Legal fees and damages assessed by the Court.

_M. L. Warren_ TTEE   6/18/2024

M. L. Warren TTEE                DATE

THE SOVO TRUST FOUNDATION
P.O. Box 122432
Fort Worth, Texas 76121
sovoprivatization4you@gmail.com
313-878-5855

## NOTICE OF LIS PENDENS

STATE OF TEXAS

COUNTY OF MCLENNAN

**NOTICE IS HEREBY GIVEN** that Cause No: _____ styled **THE SOVO TRUST FOUNDATION** v. **DAVID LITTLEWOOD CHAIRMAN of THE FIRST NATIONAL BANK OF MCGREGOR** commenced in the **UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS, WACO DIVISION** on JUNE 18, 2024 and is now pending in such court.

THE ACTION INVOLVES THE TITLE TO THE REAL PROPERTY SITUATED IN MCLENNAN COUNTY TEXAS LOCATED AT: **3218 CANAAN CHURCH ROAD CRAWFORD TEXAS 76638**

LEGAL DESCRIPTION: **SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 SQ FT LATITUDE 31.563199 LONGITUDE -97.57428 MCLENNAN COUNTY, TEXAS**

THE ACTION IS FOR DECLARATORY JUDGMENT FOR QUIET TITLE, TRESPASS-TO-TRY TITLE, AND ADVERSE POSSESSION UNDER COLOR OF TITLE.

Any transaction involving this real property is subject to the outcome of the pending litigation.

EXECUTED ON THIS 18TH DAY OF JUNE 2024

*M. R. W_____ TTEE 6/18/2024*

SOVO TRUST FOUNDATION TRUSTEE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

M. L. Warren TTEE of
THE SOVO TRUST FOUNDATION

      **Plaintiff(s)**

CASE NUMBER: 6:24-CV-00325

DAVID LITTLEWOOD CHAIRMAN of
THE FIRST NATIONAL BANK OF MCGREGOR

      **Defendant(s)**

## NOTICE OF QUIET TITLE CLAIM

**COMES NOW** the Plaintiff, **THE SOVO TRUST FOUNDATION**, and for cause of action against the Defendant(s) **DAVID LITTLEWOOD CHAIRMAN of THE FIRST NATIONAL BANK of MCGREGOR**, alleges as follows:

1. **Parties:**

    1. Plaintiff, **THE SOVO TRUST FOUNDATION**, is the rightful owner of the property located at **3218 CANAAN CHURCH ROAD CRAWFORD TEXAS 76638**, legally described as: **SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 SQ FT LATITUDE 31.563199 LONGITUDE -97.57428 MCLENNAN COUNTY, TEXAS**

    2. Defendant(s), **DAVID LITTLEWOOD CHAIRMAN of THE FIRST NATIONAL BANK MCGREGOR**, are individuals and or entities who claim or may claim some right, title, lien, or interest in the real property adverse to Plaintiff's title.

2. **Jurisdiction and Venue:**

   1. **The U.S. District Court Western District Waco Division** has jurisdiction over this matter pursuant to Counties Served by the **UNITED STATES DISTRICT COURT WACO DIVISION**: *"Bell, Bosque, Coryell, Falls, Freestone, Hamilton, Hill, Leon, Limestone, **McLennan**, Milam, Robertson and Somervell"*.

   2. Venue is proper in **The U.S. District Court Western District Waco Division** because the property in question is situated in **McLennan, TEXAS**.

3. **Property Description:** The property in question is located at **3218 CANAAN CHURCH ROAD CRAWFORD TEXAS 76638**, and is legally described as: **SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 SQ FT LATITUDE 31.563199 LONGITUDE -97.57428 MCLENNAN COUNTY, TEXAS.**

4. **Title of Plaintiff:** Plaintiff is the rightful owner of the property located at **3218 CANAAN CHURCH ROAD CRAWFORD TEXAS 76638** by virtue of agreement & purchase by payment in full sent to defendant on APRIL 5, 2024 at 9:48 am est (USPS TRACKING NUMBER 9589071052701313223800) and quiet title deed claim filed with McLennan County Clerk of Court, & recorded in the McLennan County Recorder's Office.

5. **Claims of Defendants:**

   1. Defendants claim or may claim an interest in the property adverse to Plaintiff's title.

   2. Such claims constitute a cloud on Plaintiff's title and are without any right, and Defendants have no estate, right, title, lien, or interest in the property or any part thereof.

6. **Relief Sought:** Plaintiff seeks a judicial determination with **U.S. District Court Western District Waco Division** that Defendants have no right, title, estate, lien, or interest in the property adverse to Plaintiff and that Plaintiff's title to the property is valid and free of any such claims.

## WHEREFORE, Plaintiff declares for judgment as follows:

1. A declaration that Plaintiff is the rightful owner of the property described herein, and that the title of Plaintiff is valid and free of any claims by the Defendants.
2. An order requiring Defendants to release and relinquish all claims to the property and to remove any cloud on Plaintiff's title.
3. An injunction permanently enjoining Defendants and all persons claiming under them from asserting any adverse claim to Plaintiff's title.
4. Such other and further relief as the Court deems just and proper.

JUNE 18, 2024

Respectfully submitted,

*M. L. W_____ TTEE  6/18/2024*

M. L. Warren TTEE

FROM: **THE SOVO TRUST FOUNDATION**
P.O. Box 122432
Fort Worth, Texas 76121
sovoprivatization4you@gmail.com
443-713-0639

TO: **DAVID LITTLEWOOD CHAIRMAN**
**THE FIRST NATIONAL BANK OF MCGREGOR**
P.O.BOX 387 MCGREGOR, TEXAS 76657

APRIL 24, 2024

## AFFIDAVIT OF CLAIM AND LIEN

I, M.L. Warren, make this sworn statement & claim under the penalty of perjury in my official capacity as Fiduciary and Trustee of **THE SOVO TRUST FOUNDATION**, being of legal age and sound mind, and acting as a duly authorized representative & Trustee of **THE SOVO TRUST FOUNDATION** hereby submit this Affidavit of Claim and Commercial Lien under penalty of perjury pursuant to federal law.

**Parties:**
- Lien Claimant: **THE SOVO TRUST FOUNDATION** and its Trustees and Assignees.
- Lien Debtor: **DAVID LITTLEWOOD CHAIRMAN & THE FIRST NATIONAL BANK OF MCGREGOR.**

**Claims of Right:**
- This is a claim against **DAVID LITTLEWOOD, CHAIRMAN, & THE FIRST NATIONAL BANK OF MCGREGOR** for breach of contract, theft by conversion, securities fraud, mortgage fraud, & tax evasion regarding a real property/land transaction between **THE SOVO TRUST FOUNDATION AND THE FIRST NATIONAL BANK OF MCGREGOR.**:
- The basis of this lien and claim of ownership by **THE SOVO TRUST FOUNDATION** is made upon tender of payment made to **THE FIRST NATIONAL BANK OF MCGREGOR** in the amount of $1,800,000.00 (see attached), for possession of an **abandoned** residence/land plot publicly listed as foreclosed & owned by **THE FIRST NATIONAL BANK OF MCGREGOR**, legally described as **3218 Canaan Church Road Crawford, Texas and SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 Sq Ft Latitude 31.563199 Longitude -97.57428**. **DAVID LITTLEWOOD** has committed theft by conversion of the secured note.

**Description of Property:**
- This lien is hereby placed upon **3218 Canaan Church Road Crawford, Texas and SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 Sq Ft Latitude 31.563199 Longitude -97.57428** to secure performance of contractual obligation and right of entry and possession of **3218 Canaan Church Road Crawford, Texas and SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 Sq Ft Latitude 31.563199 Longitude -97.57428** by **THE SOVO TRUST FOUNDATION & ITS ASSIGNEES AND TRUSTEES.**

1

**Nature of Possession:**
- To secure due performance of contractual obligations by **THE FIRST NATIONAL BANK OF MCGREGOR**, and the right of entry and possession by **THE SOVO TRUST FOUNDATION**, based upon clear indication the property has been **abandoned** by its previous owner. As of APRIL 16, 2024, the property legally described as **3218 Canaan Church Road Crawford, Texas and SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 Sq Ft Latitude 31.563199 Longitude -97.57428** is openly, continuously, exclusively and indefinitely inhabited and possessed by right of claim by **THE SOVO TRUST FOUNDATION** and its Trustees and Assignees.

**Tender of Payment:**
- A tender of payment was made to **THE FIRST NATIONAL BANK OF MCGREGOR** on APRIL 5, 2024 at 9:48 am (USPS TRACKING NUMBER 9589071052701313223800) by **THE SOVO TRUST FOUNDATION** in the amount of $1,800,000.00 (ONE MILLION EIGHT HUNDRED THOUSAND DOLLARS) to secure and purchase **3218 Canaan Church Road Crawford, Texas and SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 Sq Ft Latitude 31.563199 Longitude -97.57428**.

**Settlement and Remedial Action:**
- Release of lien claim, property and land deed free and clear of all encumbrances immediately.
- Upon satisfaction of the settlement terms, this lien shall be terminated.

**Public Notice:**
- This lien has been duly filed with the Secretary of the State of Texas public Registry Database, UCC file number 24-0028853971.
- Absent a mutually agreed-upon remedy within 24 hours, this lien and all associated investigative findings will be submitted online to the IRS, the Attorney General of Consumer Complaints, the Securities and Exchange Commission, and the Federal Trade Commission.

**Sworn Testimony:**
- Sworn statement & claim under the penalty of perjury: The Lien Holder executes this Notice of Lien certified and sworn on the Lien Holder's true, correct, and complete testimony, under penalty of perjury.

_____   4/24/24
THE SOVO TRUST FOUNDATION TRUSTEE         DATE

On 4/24/24, M. L. Warren TTEE personally appeared before me and proved to me on the satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument. WITNESS my hand and official seal



MARQUINTON MCCRAY
Notary Public, State of Texas
Comm. Expires 03-08-2028
Notary ID 134800517

2

FROM: **THE SOVO TRUST FOUNDATION**
P.O. Box 122432
Fort Worth, Texas 76121
sovoprivatization4you@gmail.com
443-713-0639

TO: **DAVID LITTLEWOOD, CHAIRMAN**
**THE FIRST NATIONAL BANK OF MCGREGOR**
P.O.BOX 387 MCGREGOR, TEXAS 76657

Date: APRIL 24, 2024.

## NOTICE OF LIEN & RIGHT OF POSSESSION

To: **DAVID LITTLEWOOD, CHAIRMAN THE FIRST NATIONAL BANK OF MCGREGOR**

From: **THE SOVO TRUST FOUNDATION**

This notice is to inform you that **THE SOVO TRUST FOUNDATION** hereby places a commercial lien on the property legally described as:

- 3218 Canaan Church Road Crawford, Texas and SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 Sq Ft Latitude 31.563199 Longitude -97.57428

THE SOVO TRUST FOUNDATION AND ITS TRUSTEES AND ASSIGNEES HAVE TAKEN EXCLUSIVE, CONTINUOUS, INDEFINITE POSSESSION OF THE ABANDONED PROPERTY LEGALLY DESCRIBED AS 3218 Canaan Church Road Crawford, Texas and SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 Sq Ft Latitude 31.563199 Longitude -97.57428 ON APRIL 16, 2024 TO SECURE PERFORMANCE OF CONTRACTUAL OBLIGATION BY THE FIRST NATIONAL BANK OF MCGREGOR.

_____   4/24/24
THE SOVO TRUST FOUNDATION TRUSTEE      DATE

On 4/24/24, M. L. Warren TTEE personally appeared before me and proved to me on th[e basis of] satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument. WITNESS my hand and official seal



MARQUINTON MCCRAY
Notary Public, State of Texas
Comm. Expires 03-08-2028
Notary ID 134800517

3

Uniform Commercial Code  
P.O. Box 13193  
Austin, Texas 78711-3193



Jane Nelson  
Secretary of State

## Office of the Secretary of State

## Texas UNIFORM COMMERCIAL CODE Certified Copy Acknowledgment

April 25, 2024  
Page 1 of 1

Document Number: 1358259220003

Images printed on April 24, 2024

The Texas Secretary of State's Office has received and processed your request.

| Filing Number | Filing Type | Page Count |
|---|---|---|
| 24-0028853971 | Public-Finance Transaction | 1 |

**Total Pages:** 1

The Secretary of State certifies that the copy(s) being provided here is are true and exact replica of the document filed with this office. The Secretary of State does not certify the legal sufficiency of the substance of the certified copies provided, and disclaims any and all claims or liability arising from, or as a result of the substantiative information provided in the attached copy(s).



Apr 21, 2024  
Date of Certification

Jane Nelson  
Secretary of State

Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193

Jane Nelson
Secretary of State



## Office of the Secretary of State

April 25, 2024
Page 1 of 1

THE SOVO TRUST FOUNDATION

Filing Fee: $60.00

Total Filing Fee: $60.00

PO BOX 122432
Fort Worth, TX 76121 -

Re: **Texas UCC Initial Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Public-Finance Transaction**

Initial Filing Number: **24-0028853971**        Filing Date: **04/24/2024**        Filing Time: **5:50 p.m.**

Lapse Date: **04/24/2054**                      Document Number: **1358228690002**

| Party Type | Party Name and Address |
|---|---|
| Debtor | **THE FIRST NATIONAL BANK OF MCGREGOR** |
|  | **P.O. BOX 387, MCGREGOR, TX, USA, 76657** |
| Secured Party | **THE SOVO TRUST FOUNDATION** |
|  | **PO BOX 122432, FORT WORTH, TX, USA, 76121-76121** |

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.

User ID: WEBSUBSCRIBER

**UCC FINANCING STATEMENT**
**FOLLOW INSTRUCTIONS**

| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) |
|---|
| THE SOVO TRUST FOUNDATION 4437130639 |

| B. E-MAIL CONTACT AT SUBMITTER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| THE SOVO TRUST FOUNDATION |
| PO BOX 122432 |
| Fort Worth, TX 76121 |
| USA |
| SEE BELOW FOR SECURED PARTY CONTACT INFORMATION |

**FILING NUMBER: 24-0028853971**
**FILING DATE: 04/24/2024   05:50 PM**
**DOCUMENT NUMBER: 1358228690002**
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**THE FIRST NATIONAL BANK OF MCGREGOR**

OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 387 | MCGREGOR | TX | 76657 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**THE SOVO TRUST FOUNDATION**

OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 122432 | FORT WORTH | TX | 76121-76121 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
THIS COMMERCIAL LIEN IS HEREBY PLACED UPON 3218 CANAAN CHURCH ROAD CRAWFORD TEXAS AND SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 SQ FT LATITUDE 31.563199 LONGITUDE -97.57428 BY THE SOVO TRUST FOUNDATION TO SECURE PERFORMANCE OF CONTRACTUAL OBLIGATION BY DAVID LITTLEWOOD AND FIRST NATIONAL BANK MCGREGOR. TO SECURE RIGHT OF ENTRY AND POSSESSION BY ADMINISTRATIVE ENFORCEMENT. THE BASIS OF THIS LEIN/FINANCING STATEMENT AND CLAIM OF OWNERSHIP BY THE SOVO TRUST FOUNDATION IS MADE BASED UPON A TENDER OF PAYMENT MADE TO THE FIRST NATIONAL BANK MCGREGOR IN THE AMOUNT OF $1,800,000.00 BY THE SOVO TRUST FOUNDATION FOR POSSESSION OF THE ABANDONED RESIDENCE AND LAND PLOT LISTED AS FORECLOSED AND OWNED BY FIRST NATIONAL BANK MCGREGOR. THIS SECURITY NOTE WAS MAILED CERTIFIED TO FIRST NATIONAL MCGREGOR AND WAS RECEIVED AND ACCEPTED FOR VALUE BY DAVID LITTLEWOOD HIMSELF ON BEHALF OF FIRST NATIONAL BANK MCGREGOR. THIS IS CONSTRUCTIVE NOTICE TO THE PUBLIC EFFECTIVE APRIL 16, 2024. THE SOVO TRUST FOUNDATION AND ITS TRUSTEES AND ASSIGNEES WILL HOLD EXCLUSIVE, CONTINOUS, INDEFINITE POSSESSION OF THE ABANDONED PROPERTY LEGALLY DESCRIBED HEREIN TO SECURE PERFORMANCE OF CONTRACTUAL OBLIGATIONS BY DAVID LITTLEWOOD & THE FIRST NATIONAL BANK OF MCGREGOR.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☑ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☑ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**