**FILED**

October 21, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad

DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **M. L. Warren TTEE of**<br>**THE SOVO TRUST FOUNDATION**<br>**Pro Se` Plaintiff(s)**<br><br><br>**v.**<br><br>**DAVID LITTLEWOOD CHAIRMAN of**<br>**THE FIRST NATIONAL BANK OF MCGREGOR**<br>**Defendant(s)** | § § § § § § § § § § § § § | CASE NO: 6:24-CV-00325 |

### MOTION II FOR SUMMARY DEFAULT JUDGMENT

Plaintiff, M. L. Warren TTEE of THE SOVO TRUST FOUNDATION, files this Motion for Summary Default Judgment pursuant to **18 USC Code § 1519 obstruction by destroying evidence,** and **Rule 55(b) Entering a Default Judgment** respectfully against Defendant David Littlewood and The First National Bank of McGregor.

### BACKGROUND AND PROCEDURAL HISTORY

The Plaintiff filed a Complaint in this matter on June 18, 2024 and The Defendant was properly served with the Summons, Complaint and NOTICE OF LIS PENDENS on June 25, 2024. The Defendant was well aware this property and its ownership were in dispute and civil litigation. Despite this fact the Defendant has facilitated full construction on the land and destroyed and removed all 4 properties on the land plot despite the active civil claim. The Plaintiff had ashes and an urn of a deceased loved one in the residence as well as other personal tribal items that were destroyed with the property by the Defendant. The Defendant has also destroyed a sacred burial plot area where the ashes of Plaintiffs tribal family members were buried on the land and now cannot be found due to the actions of the Defendant.

Therefore, Plaintiff respectfully requests that the Court enter a summary default judgment against the Defendant based upon:

### 18 USC Code § 1512 Tampering with a witness, victim, or an informant

This statute includes language that addresses the destruction of **"tangible objects,"** which can be interpreted broadly to include physical objects, such as a *house*, if it is considered *material evidence* in an investigation or *legal proceeding*. The 4 properties located at **3218 CANAAN CHURCH ROAD CRAWFORD, TEXAS 76638**, legally described as: **SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 SQ FT LATITUDE 31.563199 LONGITUDE -97.57428 MCLENNAN COUNTY, TEXAS** was considered material evidence in this legal proceeding.

**18 U.S. Code § 1512 (b)(2)** specifically states:

"*Whoever* **knowingly uses intimidation, threatens, or *corruptly persuades* another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to**—(A) influence, delay, or prevent the testimony of any person in an official proceeding; **(B) cause or induce any person to—destroy an object with intent to impair the object's integrity or availability for use in an official proceeding—shall be punished...**"

**Tangible Object**: The statute refers to any tangible object, which can include buildings, homes, or any other physical structure that holds evidentiary value.

**Intent**: The key factor is the **intent** to obstruct, delay, or interfere with an investigation or official proceeding by destroying the evidence (in this case, 4 properties).

**Penalties**: Penalties for violating this statute can include **imprisonment for up to 20 years**, fines, or both, depending on the severity of the crime and its impact on the investigation.

The law applies not only during an active investigation but also when someone anticipates that an investigation or legal proceeding may occur.

The Defendant has displayed a complete disregard for the requirements of this Court to rely upon sound evidence and or accurate visual investigative reports. As material evidence for an official civil proceeding is contextual to relevant factual basis being established, the removal and or destruction of such material evidence in an official civil proceeding in itself is criminal in nature and defaults any and all claims of defense by the Defendant. To date, the Defendant has substituted a responsive pleading with a motion to dismiss, has entered into this case altered evidence, and has destroyed and removed 4 properties, destroyed a sacred tribal burial ground and destroyed an urn of ashes and private items belonging to the Plaintiff that were kept at the residence by the Plaintiff in a blatant disregard for the law and has relisted the land plot for sale online as if the property is not in active civil litigation.

### Rule 8(b)

This Motion for Summary Default Judgment against Defendant David Littlewood is proper because the evidence entered into this case by Counsel, for the Defendant, was **altered**. On July 16, 2024, Counsel filed an altered contract as evidence to support a Motion to Dismiss? **18 U.S.C. § 1519** is a federal statute that addresses **Destruction, alteration, or falsification of records in Federal investigations and bankruptcy.** "Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States, or any case filed under title 11, or in relation to or contemplation of any such matter or case, shall be fined under this title, imprisoned not more than 20 years, or both."

Specifically, it makes it a crime to corruptly *obstruct, or impede the due administration of justice.* **Evidence Tampering**: Altering or falsifying evidence to influence the outcome of a judicial proceeding can also fall under **obstruction of justice** as defined by **18 U.S.C. § 1503.**

## Federal Rule of Civil Procedure Rule 55(b) Entering a Default Judgment

**Rule 55(b)(1) By the Clerk**: If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted.

The uncontested affidavit of claim and lien filed by the Plaintiff reflects the sum total due on the face value of the security instrument that was stolen from the Plaintiff by the Defendant. (See Plaintiff Response to Motion to Dismiss exhibit D1 and D2 filed August 9, 2024.)

## Relief

Plaintiff files this Motion for Default Summary Judgment for the full sum total amount of $4.4 million dollars USD (four million four hundred thousand dollars.) Damages for return of 1.8 million stolen from Plaintiff by the Defendant plus damages for removal of the Plaintiffs 4 properties 1.2 million and damages for mental pain and suffering, emotional pain and suffering from irreparable damages to destruction of sacred family burial grounds 1.4 million. Also an injunction to cease and desist all claims of rights, titles, liens and/or security interest in the property and ownership of the land plot of property located at **3218 CANAAN CHURCH ROAD CRAWFORD, TEXAS 76638**, legally described as: **SCRANTON F ACRES 185.921 LOT SIZE 8,098,719 SQ FT LATITUDE 31.563199 LONGITUDE -97.57428 MCLENNAN COUNTY, TEXAS** by the First National Bank of McGregor and the Defendant David Littlewood.

I, the Plaintiff make this sworn testimony & claim to the best of my first hand knowledge under the penalty of perjury before this Court.

**M. L. Warren TTEE**          TTEE  10/10/2024
                              **DATE**

**THE SOVO TRUST FOUNDATION**
P.O. Box 122432 Fort Worth, Texas 76121
thesovotrustfoundation@proton.me
313-878-5855

# EXHIBIT A

## PROPRIETARY INFORMATION CONTAINED HEREIN

### Exhibit Contents
TOTAL PAGES 12

EXHIBIT A    IMAGES FROM INITIAL INVESTIGATION BEFORE PURCHASE



Texas Foreclosure Homes For Sale

419 results

Sort: Homes for You

Gated entrance

⊙ 3D Tour

$1,890,000

9 bds | 10 ba | 3,600 sqft  Foreclosure

3218 Canaan Church Rd, Crawford, TX 76638

$249,900

4 bds | 4 ba | 3,337 sqft - Foreclosure

16018 Gore Grass Ct, Spring, TX 77379

LUXELY REAL ESTATE

Ad

21 hours ago

Gift with Purchase

Receive up to three free appliances
with purchase of a Thermador suite

Visit website

Thermador ★

$220,000

4 bds | 3 ba | 2,535 sqft - Foreclosure

10802 Sagetrail Dr, Houston, TX 77089

CASEY CASTLES, LLC

2 days on Zillow

1 day on Zillow

**$1,890,000**  9 bd     **3,600** sqft
3218 Canaan Church Rd, Crawford, TX 76638

♥ **For sale**

      : None

**Est.:** $12,863/mo     Ⓢ **Get pre-qualified**

Overview  Facts and features  Home value  Price and tax history  Payment calculator  Rental value  Near

▤  Farm

▦  Built in 1974

🛢  Central

❄  Central air

Ⓟ  2 Garage spaces

👣  185.92 Acres

🔢  $525 price/sqft

Ⓢ  2.50%

## Overview

**GATED ENTRANCE    PING PONG TABLE    EXTRA LARGE KITCHEN    POOL TABLE    SNACK BAR**

The live creek runs year round through the more than 185 idyllic acres available in the heart of Texas.  Lc
say the creek is spring-fed and hasn't gone dry.  Escape the hustle and sit on the porch and listen to the c
babble as the breeze blows through several red oak trees. Bring your livestock to graze on the fully fence
improved pasture land.  If this sounds like a retreat it has the beginnings of one.  The gated entrance anc

 ABANDONED OVER A YEAR

**368 days** on Zillow          874              ⌐⌐





















# EXHIBIT B

**PROPRIETARY INFORMATION CONTAINED HEREIN**

## Exhibit Contents
TOTAL PAGES 6

<u>EXHIBIT B    IMAGES FROM  INVESTIGATION AFTER PROPERTIES WERE REMOVED</u>



THE
LAND
HAS
BEEN
PLACED
BACK
ON THE
MARKET
FOR SALE









